IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FIDELITY BANK,** | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACTION 15-0031-WS-M |
| **KEY HOTELS OF BREWTON, LLC,** *et al.*, | ) ) ) |
| Defendants. | ) |

### DEFAULT JUDGMENT

In accordance with the separate Order entered on this date, it is **ordered, adjudged and decreed** that **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff Fidelity Bank and against defendants Key Hotels of Brewton, LLC and Anand Patel, jointly and severally, in the amount of **$2,044,311.94**.

DONE and ORDERED this 5th day of January, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE